10/14/2015         TDCJ Offender Details

*84,010-01*



⭐ **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**    🏠 TDCJ Home    🔍 New Offender Search

# Offender Information Details

[ Return to Search list ]

| | |
|---|---|
| **SID Number:** | 03479550 |
| **TDCJ Number:** | 02018960 |
| **Name:** | GREATHOUSE,WALTER |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1962-09-19 |
| **Maximum Sentence Date:** | 2020-03-12 |
| **Current Facility:** | HOLLIDAY |
| **Projected Release Date:** | 2020-03-12 |
| **Parole Eligibility Date:** | 2017-09-11 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

[ **Parole Review Information** ]

**Offense History:**

| Offense | Sentence | Sentence (YY-MM- |
|---|---|---|